**\*\* E-filed September 10, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRET AND KIMBERLY LAWRENCE, | No. C10-02839 HRL |
| Plaintiff, | **ORDER (1) CONTINUING CASE MANAGEMENT CONFERENCE AND (2) DENYING AS MOOT DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| MITCHEL H. CAPLAN, an individual; E*TRADE WHOLESALE LENDING CORPORATION, a California corporation; and DOES 1-10, | |
| | [Re: Docket Nos. 7 & 8] |
| Defendants. | |

In view of the fact that Defendant has yet to respond to Plaintiff's complaint, the Case Management Conference, currently set for September 14, 2010, has been continued to **October 26, 2010 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. The parties shall file a Joint Case Management Statement no later than October 19, 2010. And because of this continuance, Defendants' counsel's request to appear by telephone (Docket No. 7) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 10, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02839 HRL Notice will be electronically mailed to:**

Jessica Elaine Rauff         jrauff@gmail.com
Marc Bradley Koenigsberg     koenigsbergm@gtlaw.com, brownsh@gtlaw.com, SACLitDock@gtlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**