**\*\* E-filed December 8, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRET LAWRENCE, et al., | No. C10-02839 HRL |
| Plaintiffs, | **ORDER (1) CONTINUING THE CASE MANAGEMENT CONFERENCE AND (2) DENYING AS MOOT DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| MITCHEL H. CAPLAN, et al., | |
| Defendants. | |
| | **[Re: Docket Nos. 18 & 22]** |

An initial case management conference in the above-captioned action is currently scheduled for December 14, 2010, at which Defendants' counsel requests to appear by telephone. Docket Nos. 18 & 22. The Court is also scheduled to hear oral argument on Defendants' motion to dismiss Plaintiffs' First Amended Complaint on January 18, 2011. Docket Nos. 19 & 20. In light of Defendants' motion, the initial case management conference is continued to **Tuesday, February 22, 2011 at 10:00 a.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California, 95113. The parties shall file an updated joint case management statement no later than **February 15, 2011**.

**IT IS SO ORDERED.**

Dated: December 8, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02839 HRL N**otice **will be electronically mailed to:**

| | |
|---|---|
| Jessica Elaine Rauff | jrauff@gmail.com |
| Kurt A. Kappes | kappesk@gtlaw.com, brownsh@gtlaw.com, saclitdock@gtlaw.com |
| Marc Bradley Koenigsberg | koenigsbergm@gtlaw.com, brownsh@gtlaw.com, SACLitDock@gtlaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**